

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 11 80 187 MISC
NO.

IN THE MATTER OF

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

Robert Warren Logan - #198922

_____/

TO: Robert Warren Logan

     You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

     Suspended for 90 days by the Supreme Court of California effective July 6, 2011.

     On or before **September 16, 2011** you are ordered to file a written declaration showing any cause why your membership in the bar of this Court should not be suspended until further order of this Court.

     If you fail to respond to this Order on or before **September 16, 2011**, you will be suspended from membership without further notice. If you are suspended by this Court and you are restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Rule 11-7(b)(4) of the Civil Local Rules of this Court at that time. The Clerk shall close this file on or after **September 16, 2011**, absent further order of this Court.

Dated: August 4, 2011

_____
JAMES WARE
United States District Chief Judge

United States District Court
For the Northern District of California